[No. 32154-1-III.   Division Three.   April 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH NEWTON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01850-4, Vicki L. Hogan, J., entered September 28, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 30709-3-III.   Division Three.   April 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMIRO FARIAS-GALLEGOS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 11-1-50418-1, Vic L. VanderSchoor, J., entered March 15, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32152-5-III.   Division Three.   April 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ALLEN CRAM, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00799-7, Gary R. Tabor, J., entered September 14, 2012. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, A.C.J., and Korsmo, J.

[No. 68804-9-I.   Division One.   April 28, 2014.]

DIANNE ROMMEL, *Appellant*, v. JAMES TORPEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-33915-5, Michael Heavey, J., entered April 17, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Lau and Leach, JJ.